IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
EASTERN DIVISION

| | |
|---|---|
| EARL MILLOY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 12 C 4368 |
| | ) |
| CHICAGO BOARD OF EDUCATION, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

Earl Milloy ("Milloy") has brought this action against Chicago Board of Education ("Board"), charging it with employment discrimination (including a related charge of retaliation). This memorandum order is issued sua sponte to require Milloy's counsel to explain how federal jurisdiction now exists under the circumstances described in the Complaint.

Although Milloy properly launched his efforts to obtain relief by filing administrative charges (see Complaint ¶ 12 and 13 and Ex. A), Complaint ¶ 14 expressly confirms that his request for a right-to-sue letter has not yet been acted upon by EEOC. But to this Court's knowledge the issuance of such a letter is a precondition to any lawsuit of the type that Milloy seeks to advance.[1] Accordingly Milloy's lawyer is ordered to file a statement, supported by appropriate authorities, explaining the predicate for bringing this action at this time. Failure to file such a statement (with a courtesy copy to this Court's chambers) on or before June 18, 2012 will result in a without-prejudice dismissal of this action.

_____
Milton I. Shadur
Senior United States District Judge

Date: June 8, 2012

---

[1] Absent the existence of an anchor in federal subject matter jurisdiction, of course, Milloy has nothing to which he can attach any supplemental jurisdiction contention. And the Complaint ¶ 3 request for declaratory relief is not a separate source of federal jurisdiction either.